No. 708, Misc.  KENDALL v. ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 709, Misc.  WOOD v. MICHIGAN.  Supreme Court of Michigan.  Certiorari denied.  Petitioner *pro se.* *Thomas M. Kavanagh,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Daniel J. O'Hara,* Assistant Attorney General, for respondent.

No. 710, Misc.  JOHNSON v. MISSOURI.  Supreme Court of Missouri.  Certiorari denied.

No. 711, Misc.  NEW YORK EX REL. KING v. McNEILL, DIRECTOR, MATTEAWAN STATE HOSPITAL.  Appellate Division of the Supreme Court of New York, Second Judicial Department.  Certiorari denied.

No. 712, Misc.  SIEG v. RAGEN, WARDEN.  Circuit Court of Will County, Illinois.  Certiorari denied.

No. 717, Misc.  IN RE THOMPSON.  Wyoming County Court of Warsaw, New York.  Certiorari denied.

No. 718, Misc.  JOHN v. TEETS, WARDEN.  Supreme Court of California.  Certiorari denied.

No. 719, Misc.  GARRETT v. ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM, ET AL.  Court of Criminal Appeals of Texas.  Certiorari denied.

No. 734, Misc.  WEAVER v. MASSACHUSETTS.  Supreme Judicial Court of Massachusetts.  Certiorari denied. *John A. McNiff* for petitioner.